1
2
3
4
5

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 2150 SIGOURNEY JOSSIAH-FRANCISS LEE ASSOCIATION, SUING ON BEHALF OF THEODORE A. PINNOCK, An Individual,<br><br>        Plaintiffs<br><br>    v.<br><br>SOUTHERN CALIFORNIA BEACH CLUB; SOUTHERN CALIFORNIA BEACH CLUB, LTD.; GRAND PACIFIC RESORTS, INC.; And DOES 1 THROUGH 10, Inclusive,<br><br>        Defendants. | Civil No. 07cv1509 J (NLS)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY** |

Before the Court is the Joint Motion for Dismissal filed on November 1, 2007. **IT IS HEREBY ORDERED**, pursuant to the Joint Motion for Dismissal, that all Defendants are dismissed with prejudice from Plaintiff's Complaint. Additionally, Plaintiffs' Complaint is dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

DATED: November 5, 2007

_____
HON. NAPOLEON A. JONES, JR.
United States District Judge

cc: All Parties of Record

- 1 -                                                                                       07cv1509 J (NLS)